**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kevin** | **Eugene** | **Chennault** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **17-42252**
(if known)

☐ Check if this is an
amended filing

## Official Form 106A/B
## Schedule A/B: Property                                                            12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☑ No. Go to Part 2.
   ☐ Yes. Where is the property?

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any
   entries for pages you have attached for Part 1. Write that number here........................................... ➡ | $0.00 |

### Part 2:  Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

   ☐ No
   ☑ Yes

3.1.

| | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Porsche** | ☐ Debtor 1 only | |
| Model: | **Panamera Hatchbac** | ☐ Debtor 2 only | **Current value of the entire property?** |
| Year: | **2015** | ☐ Debtor 1 and Debtor 2 only | **Current value of the portion you own?** |
| Approximate mileage: | **31,000** | ☑ At least one of the debtors and another | |

Who has an interest in the property?
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   $110,600.00

**Current value of the portion you own?**   $110,600.00

Other information:
**2015 Porsche Panamera Hatchback 4D (approx. 31000 miles) - Debtor's spouse drives car. Titled in Debtor's name financed in Mesa Resources, Inc name. Surrendering interest in vehicle**

Debtor 1    **Kevin Eugene Chennault**                                                Case number (if known)   **17-42252**

| 3.2. | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|------|------|------|

Make:    **Cadillac**

Model:    **Escalade**

Year:    **2016**

Approximate mileage: _____

Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

| Current value of the entire property? | Current value of the portion you own? |
|------|------|
| **$35,804.00** | **$35,804.00** |

Other information:

**2016 Cadillac Escalade**

☑ **Check if this is community property**
    (see instructions)

**Leased vehicle. Lease ends
September 2019**

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** .......................................................➔

| |
|---|
| **$146,404.00** |

## Part 3:    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes.  Describe.....  **Sofa - $700**

> **Loveseat - $400**
> **TV - $400**
> **TV - $400**
> **2 DVD players - $100**
> **Computer/Printer - $200**
> **Coffee Table - $500**
> **End tables - $100**
> **Dining set - $1000**
> **Dryer - $500**
> **Dishes/flatware - $100**
> **Pots/Pans - $25**
> **2 beds - $1500**
> **Dresser - $400**
> **Lamps/Accessories - $600**
> **Cell Phones - $500**
> **Landscaping tools - $200**

**$7,625.00**

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☑ No
☐ Yes.  Describe.....

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
☑ Yes.  Describe.....  **Books, pictures, CDs, DVD, art objects**

**$2,000.00**

Debtor 1    **Kevin Eugene Chennault**                                      Case number (if known)   **17-42252**

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☒ No
    ☐ Yes.  Describe.....                                                                                  _____

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ☒ Yes.  Describe.....  **See continuation page(s).**                                                   **$550.00**

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☒ Yes.  Describe.....  **Clothing**                                                                    **$2,000.00**

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☒ Yes.  Describe.....  **White gold mand wedding band.  Tommy Bahama watch**                           **$300.00**

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☒ No
    ☐ Yes.  Describe.....                                                                                  _____

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☒ No
    ☐ Yes.  Give specific information.............                                                          _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3.  Write the number here**......................................................................... ➜  | **$12,475.00** |

---

| **Part 4:** | **Describe Your Financial Assets** |
| --- | --- |

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ☒ Yes......................................................................................................... Cash: .........................   **$500.00**

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

    ☐ No
    ☒ Yes...........................         Institution name:

    | 17.1. | Checking account: | **Wells Fargo Checking Acct 9153** | **$6,086.69** |
    | --- | --- | --- | --- |
    | 17.2. | Checking account: | **Local 20 IBEW Federal Credit Union Checking account** | **$257.86** |
    | 17.3. | Savings account: | **Wells Fargo Savings Account (8477)** | **$324.98** |

Debtor 1    **Kevin Eugene Chennault**        Case number (if known)   **17-42252**

**18.  Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes............................ Institution or issuer name:

**19.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes.  Give specific
information about
them.......................... Name of entity:                       % of ownership:

| Name of entity: | % of ownership: | |
|---|---|---|
| **Mesa Resources Inc. - 100% owned by Debtor Kevin Chennault.  No pending contracts or income to the corporations.  Liabilities exceed $300,000.  No assets held by company** | **100%** | **$0.00** |
| **Mesa Resources, LLC.  100% owned by Debtor Kevin Chennault.  $50 in bank account with North Dallas Bank & Trust.  No business currently being run through this entity.  Entity is community property. Currently has no income and no liabilities.** | **100%** | **$0.00** |
| **Mesa Operating, LLC is 100% owned by Debtor Kevin Chennault.  There is no current income, no operations of the entity being performed.  Entity is in good standing with the Texas & Oklahoma Railroad Commissions** | **100%** | **$0.00** |

**20.  Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific
information about
them.......................... Issuer name:

**21.  Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
profit-sharing plans

☑ No
☐ Yes.  List each
account separately.    Type of account:      Institution name:

**22.  Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☐ No
☑ Yes............................           Institution name or individual:

| | Institution name or individual: | |
|---|---|---|
| Security deposit on rental unit: | **Security Deposit with Landlord** | **$2,000.00** |

**23.  Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes............................ Issuer name and description:

**24.  Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes............................ Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

Debtor 1    **Kevin Eugene Chennault**                                    Case number (if known)    **17-42252**

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific
information about them                                                        _____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
information about them                                                        _____

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific
information about them                                                        _____

**Money or property owed to you?**                              **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information                   Federal: _____
about them, including whether
you already filed the returns                      State: _____
and the tax years......................
Local: _____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information                   Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No
☑ Yes. Give specific information    **Money owed by Koby Hamburg from sale of Rolex watch.**          **$500.00**

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance
company of each policy
and list its value................    Company name:            Beneficiary:              Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information                                              _____

Debtor 1  **Kevin Eugene Chennault**                         Case number (if known)  **17-42252**

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:*  Accidents, employment disputes, insurance claims, or rights to sue
    ☑ No
    ☐ Yes.  Describe each claim........                                    _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☑ No
    ☐ Yes.  Describe each claim........                                    _____

35. **Any financial assets you did not already list**
    ☑ No
    ☐ Yes.  Give specific information                                     _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4.  Write that number here.................................................................................** ➔ | **$9,669.53** |

---

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☐ No.  Go to Part 6.
    ☑ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    ☑ No
    ☐ Yes.  Describe..                                                    _____

39. **Office equipment, furnishings, and supplies**
    *Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ☑ No
    ☐ Yes.  Describe..                                                    _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    ☑ No
    ☐ Yes.  Describe..                                                    _____

41. **Inventory**
    ☑ No
    ☐ Yes.  Describe..                                                    _____

42. **Interests in partnerships or joint ventures**
    ☑ No
    ☐ Yes.  Describe.....   Name of entity:                     % of ownership:

43. **Customer lists, mailing lists, or other compilations**
    ☑ No
    ☐ Yes.  **Do your lists include personally identifiable information**  (as defined in 11 U.S.C. § 101(41A))?
         ☐ No
         ☐ Yes.  Describe.....                                           _____

Debtor 1   **Kevin Eugene Chennault**                    Case number (if known)   **17-42252**

**44. Any business-related property you did not already list**

☐ No
☑ Yes.  Give specific information.

    **320 Acre Oil And Gas Lease in Oklahoma**
    **Owned by Mesa Resources, Inc.**
    **(Non Producing)**                                                                                    $0.00

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**..................................................................➔   | $0.00 |

---

**Part 6:**  **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....                                                                                    _____

**48. Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific
information...............                                                                    _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....                                                                                    _____

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....                                                                                    _____

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific
information...............                                                                    _____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**..................................................................➔   | $0.00 |

---

**Part 7:**  **Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes.  Give specific information.

Debtor 1    **Kevin Eugene Chennault**      Case number (if known)   **17-42252**

54. **Add the dollar value of all of your entries from Part 7. Write that number here**.............................. ➜ **$0.00**

| **Part 8:** | **List the Totals of Each Part of this Form** |

55. **Part 1: Total real estate, line 2**............................................................................................... ➜ **$0.00**

56. **Part 2: Total vehicles, line 5**      **$146,404.00**

57. **Part 3: Total personal and household items, line 15**      **$12,475.00**

58. **Part 4: Total financial assets, line 36**      **$9,669.53**

59. **Part 5: Total business-related property, line 45**      **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52**      **$0.00**

61. **Part 7: Total other property not listed, line 54**    +    **$0.00**

62. **Total personal property.**    Add lines 56 through 61.................. **$168,548.53**    Copy personal property total ➜ + **$168,548.53**

63. **Total of all property on Schedule A/B.**    Add line 55 + line 62.............................................................. **$168,548.53**

| Debtor 1 | **Kevin Eugene Chennault** | Case number (if known) | **17-42252** |

**10.** **Firearms (details):**

| | |
|---|---|
| **Rifles, hand gun (family)** | **$400.00** |
| **Shot gun, BB gun & pellet guns** | **$150.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kevin** | **Eugene** | **Chennault** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **17-42252** | | |

☐ Check if this is an amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?**   *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **2016 Cadillac Escalade** | $35,804.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **Leased vehicle. Lease ends September 2019** Line from *Schedule A/B*: **3.2** | | | |

3. **Are you claiming a homestead exemption of more than $160,375?**

   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Debtor 1    **Kevin Eugene Chennault**                                Case number (if known)    **17-42252**

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Sofa - $700**<br>**Loveseat - $400**<br>**TV - $400**<br>**TV - $400**<br>**2 DVD players - $100**<br>**Computer/Printer - $200**<br>**Coffee Table - $500**<br>**End tables - $100**<br>**Dining set - $1000**<br>**Dryer - $500**<br>**Dishes/flatware - $100**<br>**Pots/Pans - $25**<br>**2 beds - $1500**<br>**Dresser - $400**<br>**Lamps/Accessories - $600**<br>**Cell Phones - $500**<br>**Landscaping tools - $200**<br>Line from *Schedule A/B*: __6__ | **$7,625.00** | ☑ **$7,625.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Books, pictures, CDs, DVD, art objects**<br>Line from *Schedule A/B*: __8__ | **$2,000.00** | ☑ **$2,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Rifles, hand gun (family)**<br>Line from *Schedule A/B*: __10__ | **$400.00** | ☑ **$400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Shot gun, BB gun & pellet guns**<br>Line from *Schedule A/B*: __10__ | **$150.00** | ☑ **$150.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Clothing**<br>Line from *Schedule A/B*: __11__ | **$2,000.00** | ☑ **$2,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**White gold mand wedding band.  Tommy Bahama watch**<br>Line from *Schedule A/B*: __12__ | **$300.00** | ☑ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |

Debtor 1  __**Kevin Eugene Chennault**__                                    Case number (if known) __17-42252__

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Cash on hand**<br><br>Line from *Schedule A/B*: __16__ | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Wells Fargo Checking Acct 9153**<br><br>Line from *Schedule A/B*: __17.1__ | **$6,086.69** | ☑ **$6,086.69**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Wells Fargo Savings Account (8477)**<br><br>Line from *Schedule A/B*: __17.3__ | **$324.98** | ☑ **$324.98**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Local 20 IBEW Federal Credit Union Checking account**<br>Line from *Schedule A/B*: __17.2__ | **$257.86** | ☑ **$257.86**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Mesa Resources Inc. - 100% owned by Debtor Kevin Chennault.  No pending contracts or income to the corporations. Liabilities exceed $300,000.  No assets held by company**<br>Line from *Schedule A/B*: __19__ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Mesa Resources, LLC.  100% owned by Debtor Kevin Chennault.  $50 in bank account with North Dallas Bank & Trust. No business currently being run through this entity.  Entity is community property. Currently has no income and no liabilities.**<br>Line from *Schedule A/B*: __19__ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Mesa Operating, LLC is 100% owned by Debtor Kevin Chennault.  There is no current income, no operations of the entity being performed.  Entity is in good standing with the Texas & Oklahoma Railroad Commissions**<br>Line from *Schedule A/B*: __19__ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

Debtor 1    **Kevin Eugene Chennault**                 Case number (if known)    **17-42252**

| **Part 2:** | **Additional Page** |
| --- | --- |

| **Brief description of the property and line on** *Schedule A/B* **that lists this property** | **Current value of the portion you own** | **Amount of the exemption you claim** | **Specific laws that allow exemption** |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Security Deposit with Landlord**<br><br>Line from *Schedule A/B*:    **22** | **$2,000.00** | ☑ **$2,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Money owed by Koby Hamburg from sale of Rolex watch.**<br><br>Line from *Schedule A/B*:    **30** | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:  **Kevin Eugene Chennault**

CASE NO   **17-42252**

CHAPTER   **7**

# <u>SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)</u>

**Exemption Totals by Category:**

Scheme Selected: **Federal**

(Values and liens of surrendered property are NOT included in this section)

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 1. | Real property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3. | Motor vehicles (cars, etc.) | $35,804.00 | $35,804.00 | $0.00 | $0.00 | $0.00 |
| 4. | Water/Aircraft, Motor Homes, Rec. veh. and access. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Household goods and furnishings | $7,625.00 | $0.00 | $7,625.00 | $7,625.00 | $0.00 |
| 7. | Electronics | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8. | Collectibles of value | $2,000.00 | $0.00 | $2,000.00 | $2,000.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Firearms | $550.00 | $0.00 | $550.00 | $550.00 | $0.00 |
| 11. | Clothes | $2,000.00 | $0.00 | $2,000.00 | $2,000.00 | $0.00 |
| 12. | Jewelry | $300.00 | $0.00 | $300.00 | $300.00 | $0.00 |
| 13. | Non-farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Unlisted pers. and household items- incl. health aids | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Cash | $500.00 | $0.00 | $500.00 | $500.00 | $0.00 |
| 17. | Deposits of money | $6,669.53 | $0.00 | $6,669.53 | $6,669.53 | $0.00 |
| 18. | Bonds, mutual funds or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Non-pub. traded stock and int. in businesses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Govt. and corp. bonds and other instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22. | Security deposits and prepayments | $2,000.00 | $0.00 | $2,000.00 | $2,000.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interests in an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equit. or future int. (not in line 1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Patents, copyrights, and other intellectual prop. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, franchises, other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds owed to you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:  **Kevin Eugene Chennault**

CASE NO   **17-42252**

CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

**Exemption Totals by Category:**

Scheme Selected: **Federal**

(Values and liens of surrendered property are NOT included in this section)

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts someone owes you | $500.00 | $0.00 | $500.00 | $500.00 | $0.00 |
| 31. | Interests in insurance policies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Any int. in prop. due you from someone who has died | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims vs. third parties, even if no demand | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Other contin. and unliq. claims of every nature | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Any financial assets you did not already list | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts rec. or commissions you already earned | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Mach., fixt., equip., bus. suppl., tools of trade | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer and mailing lists, or other compilations | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Any business-related property not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops--either growing or harvested | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Farm/fishing equip., impl., mach., fixt., tools | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Farm and fishing supplies, chemicals, and feed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Farm/commercial fishing-related prop. not listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53. | Any other property of any kind not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$57,948.53** | **$35,804.00** | **$22,144.53** | **$22,144.53** | **$0.00** |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:  **Kevin Eugene Chennault**

CASE NO   **17-42252**

CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)
*Continuation Sheet # 2*

### Surrendered Property:

The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| 2015 Porsche Panamera Hatchback 4D (approx. 31000 miles) - Debtor's spouse | $110,600.00 | $89,460.00 | $21,140.00 |
| **TOTALS:** | **$110,600.00** | **$89,460.00** | **$21,140.00** |

### Non-Exempt Property by Item:

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| (None) | | | | |
| **TOTALS:** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$57,948.53** |
| B. Gross Property Value of Surrendered Property | **$110,600.00** |
| C. Total Gross Property Value (A+B) | **$168,548.53** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$35,804.00** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$89,460.00** |
| F. Total Gross Encumbrances (D+E) | **$125,264.00** |
| G. Total Equity (not including surrendered property)  /  (A-D) | **$22,144.53** |
| H. Total Equity in surrendered items  (B-E) | **$21,140.00** |
| I.  Total Equity  (C-F) | **$43,284.53** |
| J.  Total Exemptions Claimed          (Wild Card Used: $9,669.53, Available: $3,430.47) | **$22,144.53** |
| K.  Total Non-Exempt Property Remaining  (G-J) | **$0.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kevin** | **Eugene** | **Chennault** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **17-42252**
(if known)

☐ Check if this is an
amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

| 2.1 | | | | |
|---|---|---|---|---|
| **Gm Financial** | Describe the property that secures the claim: | $35,804.00 | $35,804.00 | |
| Creditor's name | | | | |
| **801 Cherry St Ste 3900** | **2016 Cadillac Escalade** | | | |
| Number   Street | | | | |

As of the date you file, the claim is: Check all that apply.

**Fort Worth      TX    76102**
City                State   ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates
to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Purchase Money**

Date debt was incurred   **07/08/2016**   Last 4 digits of account number   **5   5   3   5**

Add the dollar value of your entries in Column A on this page. Write that number here:

| $35,804.00 |
|---|

Debtor 1   **Kevin Eugene Chennault**                    Case number (if known)   **17-42252**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.2**

**North Dallas Bank and Trust**
Creditor's name
**P.O. Box 679001**
Number      Street

Describe the property that secures the claim:   $89,460.00   $110,600.00

**2015 Porsche Panamera Hatchback 4D (approx. 31000**

**Dallas**          **TX**   **75367-9001**
City                State   ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

Date debt was incurred   _____

As of the date you file, the claim is:  Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
     **Purchase Money**

Last 4 digits of account number   ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page.  Write that number here:                    | $89,460.00 |

If this is the last page of your form, add the dollar value totals from all pages.  Write that number here:      | $125,264.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kevin** | **Eugene** | **Chennault** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **17-42252**
(if known)

☐ Check if this is an
   amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left.  Attach the Continuation Page to this page.  On the top of any additional pages, write your name and case number (if known).

## Part 1:   List All of Your PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims against you?**

☑ No.  Go to Part 2.
☐ Yes.

2.   **List all of your priority unsecured claims.**  If a creditor has more than one priority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts.  As much as possible, list the claims in alphabetical order according to the creditor's name.  If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

Debtor 1      **Kevin Eugene Chennault**                                              Case number (if known)  **17-42252**

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
| --- | --- |

**3.**   **Do any creditors have nonpriority unsecured claims against you?**

☐   No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.
☑   Yes

**4.**   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

| | **Total claim** |
| --- | --- |

---

**4.1**

**Amex**                                                          Last 4 digits of account number   **0   3   9   3**
Nonpriority Creditor's Name
**P O Box 7871**                                             When was the debt incurred?   **08/26/2015**
Number     Street

As of the date you file, the claim is:  Check all that apply.
☐ Contingent
☐ Unliquidated
**Fort Lauderdale       FL     33329**       ☐ Disputed
City                          State     ZIP Code
**Who incurred the debt?**   Check one.       Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                                 ☐ Student loans
☐ Debtor 2 only                                 ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                      that you did not report as priority claims
☑ At least one of the debtors and another       ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**   ☑ Other.  Specify
**Is the claim subject to offset?**                **Credit Card**
☑ No
☐ Yes

**Total claim: $26,247.00**

---

**4.2**

**Amir Virani**                                             Last 4 digits of account number   __ __ __ __
Nonpriority Creditor's Name
**C/O Virani Family Limited Partnership**     When was the debt incurred?   _____
Number     Street
**18108 Peppy Place**
As of the date you file, the claim is:  Check all that apply.
☐ Contingent
☐ Unliquidated
**Dallas                 TX     75252**        ☐ Disputed
City                          State     ZIP Code
**Who incurred the debt?**   Check one.       Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                                 ☐ Student loans
☐ Debtor 2 only                                 ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                      that you did not report as priority claims
☑ At least one of the debtors and another       ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**   ☑ Other.  Specify
**Is the claim subject to offset?**                **Business Debt**
☑ No
☐ Yes

**Unknown**

---

Debtor 1    **Kevin Eugene Chennault**                                          Case number (if known)   **17-42252**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.3 | | **$300,000.00** |
|---|---|---|

**Anwar Hamdani**
Nonpriority Creditor's Name
**Yilla 12, Street 34B, Barsha 3**
Number        Street
**P OBox 454620**

**Dubai UAE**

City                    State        ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:**  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Business Debt**

| 4.4 | | **$150,000.00** |
|---|---|---|

**Austin Allgaier**
Nonpriority Creditor's Name
**248 Foster Drive**
Number        Street


**Oswego**            **IL**    **60543**
City                    State        ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:**  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Business Debt**

Debtor 1   **Kevin Eugene Chennault**                                    Case number (if known)   **17-42252**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.5**
                                                                **$400,000.00**

**Bob & Cynthia Prange**
Nonpriority Creditor's Name
**118 Kiowa Drive**
Number     Street

**Gainesville**     **TX**   **76240**
City           State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  ___  ___  ___  ___
**When was the debt incurred?**  **2010-2017**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Business Debt**

**4.6**
                                                                 **$12,193.00**

**Cap1/Neimn**
Nonpriority Creditor's Name
**26525 N Riverwoods Blvd**
Number     Street

**Mettawa**     **IL**   **60045**
City           State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **0   1   4   2**
**When was the debt incurred?**  **09/01/1985**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

Debtor 1    **Kevin Eugene Chennault**                                          Case number (if known)    **17-42252**

| Part 2: | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

Total claim

**4.7**                                                                                                      **$100,000.00**

**Carinthia Kaishaba**
Nonpriority Creditor's Name
**16717 Rustic Meadows**
Number          Street

**Dallas                    TX      75242**
City                          State      ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **X  X  X  X**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:**  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Ex Wife**

**4.8**                                                                                                      **$50,000.00**

**Catherine Hynek**
Nonpriority Creditor's Name
**18124 Peppy Place**
Number          Street
**z5252**

City                          State      ZIP Code
**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    ___  ___  ___  ___

**When was the debt incurred?**    _____

**As of the date you file, the claim is:**  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Business Debt**

Debtor 1    **Kevin Eugene Chennault**                                    Case number (if known)   **17-42252**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| **Total claim** |

**4.9**                                                                                                               **$400,000.00**

**CF0005 LLC**
Nonpriority Creditor's Name
**Attn Manfred Sternberg**
Number    Street
**4550 Post Oak Place #119**

**Houston**                         **TX**      **77027**
City                              State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**       _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Debt**

**4.10**                                                                                                              **$35,480.00**

**Chase Card**
Nonpriority Creditor's Name
**PO Box 15298**
Number    Street

**Wilmington**                      **DE**      **19850**
City                              State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **5** **8** **4** **1**
**When was the debt incurred?**       **08/11/2015**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit Card**

Debtor 1    **Kevin Eugene Chennault**        Case number (if known)   **17-42252**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

                                          **Total claim**

**4.11**                                                                 **$20,224.00**

**Citi**
Nonpriority Creditor's Name

Last 4 digits of account number   **8**   **8**   **3**   **3**

When was the debt incurred?   **06/26/2008**

_____
Number     Street

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

City       State    ZIP Code

**Who incurred the debt?**    Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify   **Credit Card**

---

**4.12**                                                                 **$10,510.00**

**Citi**
Nonpriority Creditor's Name

**PO Box 6241**

Last 4 digits of account number   **3**   **6**   **1**   **1**

When was the debt incurred?   **03/10/2007**

Number     Street

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Sioux Falls**       **SD**    **57117**

City       State    ZIP Code

**Who incurred the debt?**    Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify   **Credit Card**

Debtor 1    **Kevin Eugene Chennault**                                    Case number (if known)   **17-42252**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

<table>
<tr><td>

**4.13**

**City of Frisco**
Nonpriority Creditor's Name
**Billing Department**
Number        Street
**480 Bedford Road, Bldg 600, 2nd Floor**

**Chappaqua**        **NY**    **10514**
City                State    ZIP Code
**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

</td><td>

**Total claim**

**$805.00**

Last 4 digits of account number    **2  1  7  2**
**When was the debt incurred?**    **5/19/2017**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Medical Bills**

</td></tr>
</table>

<table>
<tr><td>

**4.14**

**Clinical Pathology Lab.**
Nonpriority Creditor's Name
**P.O. Box 141669**
Number        Street

**Austin**            **TX**    **78714-1669**
City                State    ZIP Code
**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

</td><td>

**$2,385.20**

Last 4 digits of account number    **2  9  9  4**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Medical Bills**

</td></tr>
</table>

Debtor 1     **Kevin Eugene Chennault**                                      Case number (if known)   **17-42252**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the
previous page.

Total claim

**4.15**                                                                                        **$41.50**

**Clinical Pathology Lab.**                   Last 4 digits of account number     **7   6   0   4**
Nonpriority Creditor's Name
**P.O. Box 141669**                           When was the debt incurred?     _____
Number       Street
_____          As of the date you file, the claim is:  Check all that apply.
                                              ☐ Contingent
                                              ☐ Unliquidated
**Austin**              **TX**    **78714-1669**    ☐ Disputed
City               State    ZIP Code
Who incurred the debt?     Check one.          Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                               ☐ Student loans
☐ Debtor 2 only                               ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                       that you did not report as priority claims
☑ At least one of the debtors and another     ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**    ☑ Other.  Specify
Is the claim subject to offset?                  **Medical Bills**
☑ No
☐ Yes

**4.16**                                                                                        **$385,000.00**

**Crude Funders LLC**                         Last 4 digits of account number    ___  ___  ___  ___
Nonpriority Creditor's Name
**1601 Elm Street #4245**                     When was the debt incurred?     **2017**
Number       Street
_____          As of the date you file, the claim is:  Check all that apply.
                                              ☐ Contingent
                                              ☐ Unliquidated
**Dallas**              **TX**    **75201**        ☐ Disputed
City               State    ZIP Code
Who incurred the debt?     Check one.          Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                               ☐ Student loans
☐ Debtor 2 only                               ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                       that you did not report as priority claims
☑ At least one of the debtors and another     ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**    ☑ Other.  Specify
Is the claim subject to offset?                  **Business Debt**
☑ No
☐ Yes

Debtor 1    **Kevin Eugene Chennault**                                    Case number (if known)   **17-42252**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.17 | | $425.00 |
|---|---|---|

**Donald W Henson**
Nonpriority Creditor's Name
**Attorney At Law**
Number          Street
**PO Box 993**

**Okmulgee          OK    74447**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:**  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Attorney Fees**

| 4.18 | | $200,000.00 |
|---|---|---|

**ED Milligan**
Nonpriority Creditor's Name
**1800 Jayell Drive. Suite 100**
Number          Street

**Richardson          TX    75081**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   **2009-2017**

**As of the date you file, the claim is:**  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Debt**

Debtor 1   **Kevin Eugene Chennault**                                          Case number (if known)   **17-42252**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| Total claim |
|---|

**4.19**

| | | | **$150,000.00** |
|---|---|---|---|

**Elmer Stricker**
Nonpriority Creditor's Name
**C/O Stricker Construction**
Number      Street
**6700 Columbine Way**

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**Plano**                    **TX**      **75024**
City                     State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Debt**

**4.20**

| | | | **$250,000.00** |
|---|---|---|---|

**Felix Shalit**
Nonpriority Creditor's Name
**11548 Willow Springs Drive**
Number      Street

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**Zionsville**                **IN**      **46077**
City                     State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Debt**

Debtor 1   **Kevin Eugene Chennault**                                Case number (if known)   **17-42252**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.21**                                                                          **$1,767.50**

**Hamilton Oilfield Services, Inc.**
Nonpriority Creditor's Name
**PO Box 60438**
Number        Street

Last 4 digits of account number    **S    O    P    E**

When was the debt incurred?    **6/26/2017**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**San Angelo          TX      76906**
City                    State    ZIP Code

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Business Debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.22**                                                                          **$55,000.00**

**Jeremy Petty**
Nonpriority Creditor's Name
**4008 Holland Ave, Suite C**
Number        Street

Last 4 digits of account number    ___  ___  ___  ___

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Dallas               TX      75219**
City                    State    ZIP Code

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Business Debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1   **Kevin Eugene Chennault**                                            Case number (if known)   **17-42252**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.23**                                                                                          **$250,000.00**

**Jerry Perczyk**
Nonpriority Creditor's Name
**27 Billabong Drive**
Number        Street
**Pearson VIC, Austraila**

_____

City                    State        ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Business Debt**

**4.24**                                                                                          **$250,000.00**

**Justin Adams**
Nonpriority Creditor's Name
**C/O Suntrust, Robinson, Humphrey**
Number        Street
**3333 Peachtree Road, NE 10th Floor**

_____

**Atlanta**                  **GA**    **30326**
City                    State        ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Business Debt**

Debtor 1   **Kevin Eugene Chennault**                                      Case number (if known)   **17-42252**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.25**

**$260,000.00**

**Kelly Buster**
Nonpriority Creditor's Name
**2828 Hood Street, Apt 708**
Number        Street

**Dallas**                    **TX**    **75219**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:**  Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Services**

**4.26**

**$600,000.00**

**Knik Energy**
Nonpriority Creditor's Name
**Attn John Mink**
Number        Street
**177 East Bunnell Ave**

**Homer**                    **AK**    **99603**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:**  Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Business Debt**

Debtor 1    **Kevin Eugene Chennault**                                          Case number (if known)    **17-42252**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.27 | | |
|---|---|---|

**Law Office of Jerry L Niuman**
Nonpriority Creditor's Name

$1,100.00

**1901 N Central Expressway, Suite 200**
Number        Street

**Richardson            TX      75080**
City                            State        ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
     **Attorney Fees**

| 4.28 | | |
|---|---|---|

**Law Office of Michael P. Granata**
Nonpriority Creditor's Name

Unknown

**6440 N Central Expy Suite 450**
Number        Street

**Dallas                 TX      75206**
City                            State        ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    X  X  X  X

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
     **Attorney Fees For Divorce**

Debtor 1    **Kevin Eugene Chennault**                                    Case number (if known)  **17-42252**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

| 4.29 | | | $225,000.00 |

**Lynn Kaishaba**
Nonpriority Creditor's Name
**336 Indian Creek Dr.**
Number        Street

**Trophy Club**          **TX**    **76262**
City                     State     ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Investment money**

Last 4 digits of account number    **X   X   X   X**

**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Lawsuit**

| 4.30 | | | $11,000.00 |

**Lynn Kaishaba**
Nonpriority Creditor's Name
**336 Indian Creek Dr.**
Number        Street

**Trophy Club**          **TX**    **76262**
City                     State     ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___  ___  ___  ___

**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Personal Loan**

Debtor 1    **Kevin Eugene Chennault**                                            Case number (if known)    **17-42252**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.31**                                                                                                                **$98,600.00**

**Mark & Peter Griffith**
Nonpriority Creditor's Name
**105 Tanyard Lane**
Number        Street

**Huntington                    NY      11743**
City                                State      ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___
**When was the debt incurred?**    **2009-2017**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Business Debt**

**4.32**                                                                                                                **$400,000.00**

**Mesa Marshall #1-2 GP**
Nonpriority Creditor's Name
**Attn Manfred Sternberg**
Number        Street
**4550 Post Oak Place #119**

**Houston                        TX      77027**
City                                State      ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___
**When was the debt incurred?**    **2017**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Business Debt**

Debtor 1   **Kevin Eugene Chennault**                                                    Case number (if known)   **17-42252**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the
previous page.

| **Total claim** |
| --- |

**4.33**

**$100,000.00**

**Michael Stanley**
Nonpriority Creditor's Name
**6712 Zermatt Ct**
Number        Street

_____

**Colleyville            TX      76034**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:**  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Business Debt**

**4.34**

**$257.00**

**North Country Family Practice**
Nonpriority Creditor's Name
**1050 E Hwy  114 Ste 100**
Number        Street

_____

**Southlake            TX      76092-5242**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **4   8   5   0**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:**  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Medical Bills**

Debtor 1    **Kevin Eugene Chennault**                                Case number (if known)   **17-42252**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

| 4.35 | | | | $531.00 |

**North Country Family Practice**
Nonpriority Creditor's Name
**1050 E Hwy  114 Ste 100**
Number        Street

**Southlake**            **TX**      **76092-5242**
City                            State      ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **4**  **2**  **3**  **0**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:**  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Medical Bills**

| 4.36 | | | | $2,295.88 |

**North Dallas Bank and Trust**
Nonpriority Creditor's Name
**PO Box 801826**
Number        Street

**Dallas**              **TX**      **75380**
City                            State      ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **2**  **2**  **9**  **0**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:**  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Signature Loan**

Debtor 1   **Kevin Eugene Chennault** _____   Case number (if known) **17-42252**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.37**

| | **$377,219.00** |
|---|---|

**Osprey Oil & Gas, LLC**
Nonpriority Creditor's Name
**Lauro Cantu**
Number      Street
**10406 Marble Crest Drive**

_____

**Houston**          **TX**    **77011**
City                  State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Debt**

**4.38**

| | **$3,525.00** |
|---|---|

**P&L Consultants**
Nonpriority Creditor's Name
**Financial and Tax Consultants**
Number      Street
**1445 MacArthur Drive, Suite 264**

_____

**Carrollton**          **TX**    **75007**
City                  State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Services**

Debtor 1    **Kevin Eugene Chennault**_____   Case number (if known)  **17-42252**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| Total claim |

| 4.39 |                                                                      **$600,000.00**

**Palwan Energy, LLC**_____
Nonpriority Creditor's Name
**874 Yorkchester Dr. #112**_____
Number      Street
_____

**Houston**              **TX**      **77079**
City                     State     ZIP Code

**Last 4 digits of account number    X   X   X   X**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:**  Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
   **Business venture**

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| 4.40 |                                                                      **$600,000.00**

**Palwan Energy, LLC**_____
Nonpriority Creditor's Name
**Attn: Aibiula Yamaimaiti Manager**_____
Number      Street
**Thomas Adill aka Energy Yarik Habib**

**874 Yorkchester Drive, #112**_____

**Houston**              **TX**      **77079**
City                     State     ZIP Code

**Last 4 digits of account number    ___  ___  ___  ___**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:**  Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
   **Business Debt**

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1   **Kevin Eugene Chennault**                                    Case number (if known)   **17-42252**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

|  | **Total claim** |
|---|---|

---

### 4.41

**PSI Wireline, Inc**
Nonpriority Creditor's Name
**3524 Knickerbocker Road, Suite C-304**
Number       Street

_____

**San Angelo**          **TX**      **76904**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**   **7   8   2   3**

**When was the debt incurred?**   **7/22/2017**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Business Debt**

**$1,500.00**

---

### 4.42

**PSI Wireline, Inc**
Nonpriority Creditor's Name
**3524 Knickerbocker Road, Suite C-304**
Number       Street

_____

**San Angelo**          **TX**      **76904**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**   **7   8   4   6**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Business Debt**

**$3,720.00**

---

Debtor 1   **Kevin Eugene Chennault**                                    Case number (if known)   **17-42252**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.43 | | **$8,720.00** |
|---|---|---|

**PSI Wireline, Inc**
Nonpriority Creditor's Name
**3524 Knickerbocker Road, Suite C-304**
Number        Street

**San Angelo        TX        76904**
City                    State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:**  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Business Debt**

| 4.44 | | **$3,720.00** |
|---|---|---|

**PSI Wireline, Inc**
Nonpriority Creditor's Name
**3524 Knickerbocker Road, Suite C-304**
Number        Street

**San Angelo        TX        76904**
City                    State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **7  8  4  6**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:**  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Business Debt**

Debtor 1    **Kevin Eugene Chennault**          Case number (if known)   **17-42252**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

         **Total claim**

**4.45**

**$3,720.00**

**PSI Wireline, Inc**
Nonpriority Creditor's Name
**3524 Knickerbocker Road, Suite C-304**
Number     Street

**San Angelo**       **TX**    **76904**
City            State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**     _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Debt**

**4.46**

**$55,000.00**

**Rajan Shah**
Nonpriority Creditor's Name
**3825 Graphic Place**
Number     Street

**Plano**          **TX**    **75075**
City            State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**     _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Debt**

Debtor 1    **Kevin Eugene Chennault**                                    Case number (if known)   **17-42252**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.47**

**Raptor Oil and Gas, LLC**
Nonpriority Creditor's Name
**Attn/ Jason Jackovich, and Lauro Cantu**
Number        Street
**999 E Base Road, PMB 467**

**San Antonio          TX      78209**
City                        State      ZIP Code

**$400,000.00**

Last 4 digits of account number   __ __ __ __

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?**    Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Business Debt**

**4.48**

**Retina Institute of Texas**
Nonpriority Creditor's Name
**PO Box 848375**
Number        Street

**Dallas                TX      75284**
City                        State      ZIP Code

**$118.70**

Last 4 digits of account number   **0   2   2   7**

When was the debt incurred?   **8/8/2017**

As of the date you file, the claim is: Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?**    Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Medical Bills**

Debtor 1    **Kevin Eugene Chennault**                                                    Case number (if known)    **17-42252**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | |
|---|---|
| **Total claim** | |

**4.49**

**$25,500.00**

**Tinsley Drilling & Company, Inc**
Nonpriority Creditor's Name
**PO Box 1095**
Number        Street

**Melvin**                        **TX**        **76858**
City                                State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**    **3**    **6**    **1**    **7**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
   **Business Debt**

Debtor 1    **Kevin Eugene Chennault**                                    Case number (if known) __17-42252__

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Palwan Energy, LLC**
Name
**25931 Clifton Pl**
Number        Street

**Stevenson Ranch        CA      91381**
City                          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Venture Debt**     ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    X   X   X   X

---

**Palwan Energy, LLC**
Name
**C/O Thomas Adili**
Number        Street
**874 Yorkchester Dr. #112**

**Houston        TX      77079**
City                          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Venture**          ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    X   X   X   X

---

**Palwan Energy, LLC**
Name
**C/O Yarik Habib**
Number        Street
**874 Yorkchester Dr. #112**

**Houston        TX      77079**
City                          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Venture**          ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    X   X   X   X

---

**Palwan Energy, LLC**
Name
**C/O Aibibula Yamaimaiti**
Number        Street
**874 Yorkchester Dr. #112**

**Houston        TX      77079**
City                          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Venture**          ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    X   X   X   X

---

Debtor 1   **Kevin Eugene Chennault**                                    Case number (if known)   **17-42252**

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.   **Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.**
     **28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | **$0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$0.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. **+** | **$0.00** |
| | 6e. | **Total.**  Add lines 6a through 6d. | 6d. | **$0.00** |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | **$0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. **+** | **$6,831,604.78** |
| | 6j. | **Total.**  Add lines 6f through 6i. | 6j. | **$6,831,604.78** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kevin** | **Eugene** | **Chennault** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **17-42252**
(if known)

☐ Check if this is an
   amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** **GM Financial** <br> Name <br> **P.O. Box 183834** <br> Number     Street <br><br> **Arlington**          **TX**     **76096** <br> City                State   ZIP Code | **2016 Escalade - 39 month contact which begn 07/2016** <br> **Contract to be ASSUMED** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kevin** | **Eugene** | **Chennault** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **17-42252** | | |

☐ Check if this is an amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1. **Do you have any codebtors?**  (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☒ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No.  Go to line 3.
   ☒ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☒ Yes
      In which community state or territory did you live?     **Texas**     Fill in the name and current address of that person.

      **Carinthia Kishaba**
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number      Street

      _____

      _____
      City                         State      ZIP Code

3. In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G).  Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

| | |
|---|---|
| 3.1  **Mesa Resources, Inc.**<br>Name<br>**2140 E Southlake Blvd**<br>Number        Street<br>**Ste L640**<br><br>**Southlake**          **TX**      **76092**<br>City                         State      ZIP Code | ☒ Schedule D, line    **2.2**<br><br>☐ Schedule E/F, line _____<br><br>☐ Schedule G, line _____<br>**North Dallas Bank and Trust** |

| Debtor 1 | **Kevin Eugene Chennault** | Case number (if known) | **17-42252** |
|---|---|---|---|

## Additional Page to List More Codebtors

**Column 1:** *Your codebtor*

**Column 2:** *The creditor to whom you owe the debt*

Check all schedules that apply:

---

**3.2**

**Spouse Name Not Entered**
Name

Number      Street

City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.1**
☐ Schedule G, line _____
**Amex**

---

**3.3**

**Spouse Name Not Entered**
Name

Number      Street

City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.2**
☐ Schedule G, line _____
**Amir Virani**

---

**3.4**

**Spouse Name Not Entered**
Name

Number      Street

City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.3**
☐ Schedule G, line _____
**Anwar Hamdani**

---

**3.5**

**Spouse Name Not Entered**
Name

Number      Street

City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.4**
☐ Schedule G, line _____
**Austin Allgaier**

---

**3.6**

**Spouse Name Not Entered**
Name

Number      Street

City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.5**
☐ Schedule G, line _____
**Bob & Cynthia Prange**

---

**3.7**

**Spouse Name Not Entered**
Name

Number      Street

City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.6**
☐ Schedule G, line _____
**Cap1/Neimn**

---

Debtor 1    **Kevin Eugene Chennault**       Case number (if known)   **17-42252**

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

### 3.8 **Spouse Name Not Entered**
Name

Number     Street

City      State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.7**
☐ Schedule G, line _____
**Carinthia Kaishaba**

### 3.9 **Spouse Name Not Entered**
Name

Number     Street

City      State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.8**
☐ Schedule G, line _____
**Catherine Hynek**

### 3.10 **Spouse Name Not Entered**
Name

Number     Street

City      State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.9**
☐ Schedule G, line _____
**CF0005 LLC**

### 3.11 **Spouse Name Not Entered**
Name

Number     Street

City      State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.10**
☐ Schedule G, line _____
**Chase Card**

### 3.12 **Spouse Name Not Entered**
Name

Number     Street

City      State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.11**
☐ Schedule G, line _____
**Citi**

### 3.13 **Spouse Name Not Entered**
Name

Number     Street

City      State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.12**
☐ Schedule G, line _____
**Citi**

Debtor 1 __Kevin Eugene Chennault__    Case number (if known) __17-42252__

## Additional Page to List More Codebtors

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.14 | **Spouse Name Not Entered** |
|------|------------------------------|
|      | Name |

☐ Schedule D, line _____

☑ Schedule E/F, line __4.13__

☐ Schedule G, line _____

**City of Frisco**

Number    Street

City         State    ZIP Code

| 3.15 | **Spouse Name Not Entered** |
|------|------------------------------|
|      | Name |

☐ Schedule D, line _____

☑ Schedule E/F, line __4.14__

☐ Schedule G, line _____

**Clinical Pathology Lab.**

Number    Street

City         State    ZIP Code

| 3.16 | **Spouse Name Not Entered** |
|------|------------------------------|
|      | Name |

☐ Schedule D, line _____

☑ Schedule E/F, line __4.15__

☐ Schedule G, line _____

**Clinical Pathology Lab.**

Number    Street

City         State    ZIP Code

| 3.17 | **Spouse Name Not Entered** |
|------|------------------------------|
|      | Name |

☐ Schedule D, line _____

☑ Schedule E/F, line __4.16__

☐ Schedule G, line _____

**Crude Funders LLC**

Number    Street

City         State    ZIP Code

| 3.18 | **Spouse Name Not Entered** |
|------|------------------------------|
|      | Name |

☐ Schedule D, line _____

☑ Schedule E/F, line __4.17__

☐ Schedule G, line _____

**Donald W Henson**

Number    Street

City         State    ZIP Code

| 3.19 | **Spouse Name Not Entered** |
|------|------------------------------|
|      | Name |

☐ Schedule D, line _____

☑ Schedule E/F, line __4.18__

☐ Schedule G, line _____

**ED Milligan**

Number    Street

City         State    ZIP Code

Debtor 1    **Kevin Eugene Chennault**                                  Case number (if known)   **17-42252**

| | **Additional Page to List More Codebtors** |
|---|---|

*Column 1:* **Your codebtor**                                  *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.20**
**Spouse Name Not Entered**
Name

Number    Street

City                    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.19**
☐ Schedule G, line _____
**Elmer Stricker**

**3.21**
**Spouse Name Not Entered**
Name

Number    Street

City                    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.20**
☐ Schedule G, line _____
**Felix Shalit**

**3.22**
**Spouse Name Not Entered**
Name

Number    Street

City                    State    ZIP Code

☑ Schedule D, line **2.1**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Gm Financial**

**3.23**
**Spouse Name Not Entered**
Name

Number    Street

City                    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.21**
☐ Schedule G, line _____
**Hamilton Oilfield Services, Inc.**

**3.24**
**Spouse Name Not Entered**
Name

Number    Street

City                    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.22**
☐ Schedule G, line _____
**Jeremy Petty**

**3.25**
**Spouse Name Not Entered**
Name

Number    Street

City                    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.23**
☐ Schedule G, line _____
**Jerry Perczyk**

Debtor 1 __Kevin Eugene Chennault__    Case number (if known) __17-42252__

## Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.26 | **Spouse Name Not Entered** |
|---|---|
| | Name |
| | Number    Street |
| | |
| | City    State    ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line __4.24__
☐ Schedule G, line _____
**Justin Adams**

| 3.27 | **Spouse Name Not Entered** |
|---|---|
| | Name |
| | Number    Street |
| | |
| | City    State    ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line __4.25__
☐ Schedule G, line _____
**Kelly Buster**

| 3.28 | **Spouse Name Not Entered** |
|---|---|
| | Name |
| | Number    Street |
| | |
| | City    State    ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line __4.26__
☐ Schedule G, line _____
**Knik Energy**

| 3.29 | **Spouse Name Not Entered** |
|---|---|
| | Name |
| | Number    Street |
| | |
| | City    State    ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line __4.27__
☐ Schedule G, line _____
**Law Office of Jerry L Niuman**

| 3.30 | **Spouse Name Not Entered** |
|---|---|
| | Name |
| | Number    Street |
| | |
| | City    State    ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line __4.28__
☐ Schedule G, line _____
**Law Office of Michael P. Granata**

| 3.31 | **Spouse Name Not Entered** |
|---|---|
| | Name |
| | Number    Street |
| | |
| | City    State    ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line __4.29__
☐ Schedule G, line _____
**Lynn Kaishaba**

Debtor 1     **Kevin Eugene Chennault**                                    Case number (if known)   **17-42252**

| | **Additional Page to List More Codebtors** |

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.32**   **Spouse Name Not Entered**
Name

Number     Street

City                              State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.30**___
☐ Schedule G, line _____
**Lynn Kaishaba**

---

**3.33**   **Spouse Name Not Entered**
Name

Number     Street

City                              State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.31**___
☐ Schedule G, line _____
**Mark & Peter Griffith**

---

**3.34**   **Spouse Name Not Entered**
Name

Number     Street

City                              State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.32**___
☐ Schedule G, line _____
**Mesa Marshall #1-2 GP**

---

**3.35**   **Spouse Name Not Entered**
Name

Number     Street

City                              State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.33**___
☐ Schedule G, line _____
**Michael Stanley**

---

**3.36**   **Spouse Name Not Entered**
Name

Number     Street

City                              State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.34**___
☐ Schedule G, line _____
**North Country Family Practice**

---

**3.37**   **Spouse Name Not Entered**
Name

Number     Street

City                              State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.35**___
☐ Schedule G, line _____
**North Country Family Practice**

---

Debtor 1    **Kevin Eugene Chennault**                                    Case number (if known)   **17-42252**

| | **Additional Page to List More Codebtors** |
|---|---|

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.38**   **Spouse Name Not Entered**
Name

Number      Street

City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.36**
☐ Schedule G, line _____
**North Dallas Bank and Trust**

---

**3.39**   **Spouse Name Not Entered**
Name

Number      Street

City                          State      ZIP Code

☑ Schedule D, line   **2.2**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**North Dallas Bank and Trust**

---

**3.40**   **Spouse Name Not Entered**
Name

Number      Street

City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.37**
☐ Schedule G, line _____
**Osprey Oil & Gas, LLC**

---

**3.41**   **Spouse Name Not Entered**
Name

Number      Street

City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.38**
☐ Schedule G, line _____
**P&L Consultants**

---

**3.42**   **Spouse Name Not Entered**
Name

Number      Street

City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.39**
☐ Schedule G, line _____
**Palwan Energy, LLC**

---

**3.43**   **Spouse Name Not Entered**
Name

Number      Street

City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.4**
☐ Schedule G, line _____
**Palwan Energy, LLC**

---

Debtor 1    **Kevin Eugene Chennault**                                    Case number (if known)   **17-42252**

| | **Additional Page to List More Codebtors** |

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.44**  **Spouse Name Not Entered**
Name

Number       Street

City                              State      ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line   **5.3**
☐ Schedule G, line _____
**Palwan Energy, LLC**

**3.45**  **Spouse Name Not Entered**
Name

Number       Street

City                              State      ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line   **5.2**
☐ Schedule G, line _____
**Palwan Energy, LLC**

**3.46**  **Spouse Name Not Entered**
Name

Number       Street

City                              State      ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line   **5.1**
☐ Schedule G, line _____
**Palwan Energy, LLC**

**3.47**  **Spouse Name Not Entered**
Name

Number       Street

City                              State      ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line   **4.40**
☐ Schedule G, line _____
**Palwan Energy, LLC**

**3.48**  **Spouse Name Not Entered**
Name

Number       Street

City                              State      ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line   **4.41**
☐ Schedule G, line _____
**PSI Wireline, Inc**

**3.49**  **Spouse Name Not Entered**
Name

Number       Street

City                              State      ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line   **4.42**
☐ Schedule G, line _____
**PSI Wireline, Inc**

Debtor 1 __Kevin Eugene Chennault__  Case number (if known) __17-42252__

| | **Additional Page to List More Codebtors** |

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.50** **Spouse Name Not Entered**
Name

Number     Street

City          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.43**__
☐ Schedule G, line _____
**PSI Wireline, Inc**

**3.51** **Spouse Name Not Entered**
Name

Number     Street

City          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.44**__
☐ Schedule G, line _____
**PSI Wireline, Inc**

**3.52** **Spouse Name Not Entered**
Name

Number     Street

City          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.45**__
☐ Schedule G, line _____
**PSI Wireline, Inc**

**3.53** **Spouse Name Not Entered**
Name

Number     Street

City          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.46**__
☐ Schedule G, line _____
**Rajan Shah**

**3.54** **Spouse Name Not Entered**
Name

Number     Street

City          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.47**__
☐ Schedule G, line _____
**Raptor Oil and Gas, LLC**

**3.55** **Spouse Name Not Entered**
Name

Number     Street

City          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.48**__
☐ Schedule G, line _____
**Retina Institute of Texas**

Debtor 1    **Kevin Eugene Chennault**                                    Case number (if known)    **17-42252**

## Additional Page to List More Codebtors

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.56 | **Spouse Name Not Entered** |
|---|---|

Name

Number        Street

City                                State        ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.49**

☐ Schedule G, line _____

**Tinsley Drilling & Company, Inc**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kevin** | **Eugene** | **Chennault** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **17-42252** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| **Occupation** | **President** | **Separated** |
| **Employer's name** | **Mesa Resources, Inc** | **Separated** |
| **Employer's address** | **2140 E. Southlake Blvd, Suite L-640**<br>Number  Street | Number  Street |
| | **Southlake     TX   76092**<br>City             State   Zip Code | City             State   Zip Code |
| **How long employed there?** | **1992** | |

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$0.00** | **$0.00** |
| 3. | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | **$0.00** | **$0.00** |

Debtor 1   **Kevin Eugene Chennault**                                          Case number (if known)   **17-42252**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here ....................................................➔ | 4. | $0.00 | $0.00 |
| **5.** | **List all payroll deductions:** | | | |
| | **5a.** Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $0.00 |
| | **5b.** Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| | **5c.** Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| | **5d.** Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| | **5e.** Insurance | 5e. | $0.00 | $0.00 |
| | **5f.** Domestic support obligations | 5f. | $0.00 | $0.00 |
| | **5g.** Union dues | 5g. | $0.00 | $0.00 |
| | **5h.** Other deductions.<br>Specify: _____ | 5h. **+** | $0.00 | $0.00 |
| **6.** | **Add the payroll deductions.**  Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $0.00 | $0.00 |
| **7.** | **Calculate total monthly take-home pay.**  Subtract line 6 from line 4. | 7. | $0.00 | $0.00 |
| **8.** | **List all other income regularly received:** | | | |
| | **8a.** Net income from rental property and from operating a business, profession, or farm | 8a. | $0.00 | $0.00 |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| | **8b.** Interest and dividends | 8b. | $0.00 | $0.00 |
| | **8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $0.00 |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| | **8d.** Unemployment compensation | 8d. | $0.00 | $0.00 |
| | **8e.** Social Security | 8e. | $0.00 | $0.00 |
| | **8f.** Other government assistance that you regularly receive | | | |
| | Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $0.00 | $0.00 |
| | **8g.** Pension or retirement income | 8g. | $0.00 | $0.00 |
| | **8h.** Other monthly income.<br>Specify: _____ | 8h. **+** | $0.00 | $0.00 |
| **9.** | **Add all other income.**  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $0.00 | $0.00 |

**10. Calculate monthly income.**  Add line 7 + line 9.                 10.   $0.00  **+**  $0.00  **=**  $0.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11. State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____                                                                 11.  **+**  $0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.                                            12.   $0.00

**Combined monthly income**

Debtor 1    **Kevin Eugene Chennault**                                    Case number (if known)    **17-42252**

**13.**  **Do you expect an increase or decrease within the year after you file this form?**

☐  No.

☑  Yes. Explain:    **Debtor is going to be getting some consulting work.**

**Fill in this information to identify your case:**

Debtor 1   __Kevin__   __Eugene__   __Chennault__
 First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the:   __EASTERN DISTRICT OF TEXAS__

Case number   __17-42252__
(if known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**    ☐ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☒ Yes. Fill out this information for each dependent...................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| __Daughter__ | __6__ | ☐ No  ☒ Yes |
| __Son__ | __5__ | ☐ No  ☒ Yes |
| _____ | ____ | ☐ No  ☐ Yes |
| _____ | ____ | ☐ No  ☐ Yes |
| _____ | ____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☒ No    ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence.    4.    **$2,000.00**
   Include first mortgage payments and any rent for the ground or lot.

   **If not included in line 4:**

   4a.   Real estate taxes    4a.    **$300.00**

   4b.   Property, homeowner's, or renter's insurance    4b.    _____

   4c.   Home maintenance, repair, and upkeep expenses    4c.    _____

   4d.   Homeowner's association or condominium dues    4d.    _____

Debtor 1    **Kevin Eugene Chennault**                                    Case number (if known)  **17-42252**

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | **$200.00** |
| | 6b.  Water, sewer, garbage collection | 6b. | **$200.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$400.00** |
| | 6d.  Other.  Specify: | 6d. | |
| 7. | **Food and housekeeping supplies** | 7. | **$905.00** |
| 8. | **Childcare and children's education costs** | 8. | **$1,500.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$300.00** |
| 10. | **Personal care products and services** | 10. | **$300.00** |
| 11. | **Medical and dental expenses** | 11. | **$200.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. | **$200.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$300.00** |
| 14. | **Charitable contributions and religious donations** | 14. | |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | |
| | 15b.  Health insurance | 15b. | **$600.00** |
| | 15c.  Vehicle insurance | 15c. | **$266.00** |
| | 15d.  Other insurance.  Specify: | 15d. | **$383.00** |
| 16. | **Taxes.**   Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1    **First Auto** | 17a. | **$1,491.84** |
| | 17b.  Car payments for Vehicle 2 | 17b. | |
| | 17c.  Other.  Specify: | 17c. | |
| | 17d.  Other.  Specify: | 17d. | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | |

Debtor 1    **Kevin Eugene Chennault**        Case number (if known)   **17-42252**

**20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | |
| 20b. | Real estate taxes | 20b. | |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | |
| 20e. | Homeowner's association or condominium dues | 20e. | |

**21. Other.** Specify: _____   21.   **+** _____

**22. Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$9,545.84** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | |
| 22c. | Add line 22a and 22b. The result is your monthly expenses. | 22c. | **$9,545.84** |

**23. Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$0.00** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. | **–** **$9,545.84** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **($9,545.84)** |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes. | Explain here:
**None.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kevin** | **Eugene** | **Chennault** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **17-42252**
(if known)

☐ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:     Summarize Your Assets

|  | **Your assets**<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B.......................................................... | **$0.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B.............................................. | **$168,548.53** |
| 1c. Copy line 63, Total of all property on Schedule A/B......................................................... | **$168,548.53** |

### Part 2:     Summarize Your Liabilities

|  | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$125,264.00** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F................................... | **$0.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ + | **$6,831,604.78** |
| **Your total liabilities** | **$6,956,868.78** |

### Part 3:     Summarize Your Income and Expenses

|  | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I.................................................................. | **$0.00** |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J......................................................................... | **$9,545.84** |

Debtor 1    **Kevin Eugene Chennault**                                    Case number (if known)   **17-42252**

| Part 4: | Answer These Questions for Administrative and Statistical Records |

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.
☑  Yes

7.  **What kind of debt do you have?**

☐  **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☑  **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.  **From the *Statement of Your Current Monthly Income:*** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.                                                           _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

|  |  | Total claim |
|---|---|---|
| **From Part 4 on *Schedule E/F,* copy the following:** | | |
| 9a. | Domestic support obligations.  (Copy line 6a.) | _____ |
| 9b. | Taxes and certain other debts you owe the government.  (Copy line 6b.) | _____ |
| 9c. | Claims for death or personal injury while you were intoxicated.  (Copy line 6c.) | _____ |
| 9d. | Student loans.  (Copy line 6f.) | _____ |
| 9e. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.) | _____ |
| 9f. | Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.) | + _____ |
| 9g. | **Total.**  Add lines 9a through 9f. | _____ |

---

**Fill in this information to identify your case:**

Debtor 1     <u>**Kevin**</u>       <u>**Eugene**</u>       <u>**Chennault**</u>
           First Name         Middle Name       Last Name

Debtor 2
(Spouse, if filing)   First Name         Middle Name       Last Name

United States Bankruptcy Court for the: <u>**EASTERN DISTRICT OF TEXAS**</u>

Case number    <u>**17-42252**</u>
(if known)

☐ Check if this is an amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

---

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

**X** <u>**/s/ Kevin Eugene Chennault**</u>        **X** _____
    Kevin Eugene Chennault, Debtor 1          Signature of Debtor 2

Date <u>**10/17/2017**</u>                Date _____
     MM / DD / YYYY                      MM / DD / YYYY

---